IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Faustino Xavier Betancourt Colon<br><br>  Plaintiff,<br><br>  v.<br><br>UE *Seritage KMT Finance, LLC al.*,<br><br>  Defendants. | Civil No. 22-1360 (WGY) |

## JUDGMENT

Pursuant to this Court's Order, on ECF No. 20, Judgment is hereby entered REMANDING this action to the Court of First Instance of Bayamon of the Commonwealth of Puerto Rico, Superior Court of Bayamon, for further proceedings. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, October 12th, 2022.

s/ William G. Young
William G. Young
U.S. DISTRICT JUDGE
